# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMES E. RUSSELL,<br>    Plaintiff | )<br>)<br>)<br>) CIVIL ACTION<br>) FILE NO.<br>)<br>) 1:08-CV-3351-CAM-RGV<br>)<br>) |
| vs. | |
| MERRICK BANK,<br>    Defendant | |

## STIPULATED DISMISSAL

Plaintiff James E. Russell and Defendant Merrick Bank, by and through the undersigned counsel, have agreed to the Stipulated Dismissal of all claims asserted, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Plaintiff hereby dismisses all claims asserted in this matter. Each party shall bear its own attorneys' fees and costs.

SO STIPULATED February 10, 2009.

LAW OFFICE OF LISA D. WRIGHT, LLC

By:   s/Lisa D. Wright
      Lisa D. Wright
      Georgia Bar No. 268781
      *Attorney for Plaintiff*

235 Peachtree Street, NE, Suite 888
Atlanta, GA 30303
404-588-1181 (Office)
404-588-1182 (Facsimile)
attorneywright@prodigy.net

FRANZEN & SALZANO, P.C.

By: s/Nathan Bowden
Nathan Bowden
Georgia Bar No. 070760
s/John H. Bedard, Jr.
John H. Bedard, Jr.
Georgia Bar No. 043473
Attorneys for Defendant

40 Technology Parkway South, Suite 202
Norcross, Georgia 30092
Telephone: 770-248-2885
Telecopier: 770-248-2883
jbedard@franzen-salzano.com